**ORIGINAL**

1  PIERSON LAW FIRM, A.P.L.C.
   JOHN K. PIERSON (SBN 146941)
2  12424 Wilshire Boulevard, Suite 1030
   Los Angeles, CA 90025-1043
3  (310) 826-8009 (phone)
   (310) 826-0080 (fax)
4
5  Attorneys for Third Party Defendants,
   HILL TOP ENTERTAINMENT, LLC,
6  Erroneously sued as
   HILLTOP ENTERTAINMENT TELEVISION
7  AND HILLTOP ENTERTAINMENT

```
         FILED
CLERK, U.S DISTRICT COURT

       FEB 7 2002

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENA MERO,<br>　　Plaintiff,<br>v.<br>WESTERN INTERNATIONAL SYNDICATION, INC.,<br>　　Defendants. | Case No.: EDCV 01-851 RT (SGLx)<br><br>Priority ✓<br>Send<br>Enter<br>Closed<br>JS-5/JS-6<br>JS-2/JS-3<br>Scan Only<br><br>Original - |
| WESTERN INTERNATIONAL SYNDICATION, INC.,<br>　　Third Party Plaintiff,<br>v.<br>ARTHUR M. LIEBERMAN; VICTOR & GRAIS, a business entity whose form is unknown; VICTOR & GRAIS PRODUCTIONS, a business entity whose form is unknown; MARK VICTOR; MICHAEL GRAIS; IMMORTAL PRODUCTIONS, a business entity whose form is unknown; PEACE ARCH ENTERTAINMENT GROUP, INC.; ALTA PRODUCTIONS, LIMITED; HAREL GOLDSTEIN; HILLTOP ENTERTAINMENT TELEVISION, a business entity whose form is unknown; and HILLTOP ENTERTAINMENT, a business entity whose form is unknown,<br>　　Third Party Defendants. | **JOINT STIPULATION AND ORDER TO SET ASIDE DEFAULT JUDGMENT AND FILE ANSWER OF HILL TOP ENTERTAINMENT, LLC, ERRONEOULSY SUED AS HILLTOP ENTERTAINMENT TELEVISION AND HILLTOP ENTERTAINMENT, TO WESTERN INTERNATIONAL SYNDICATION, INC.'S THIRD PARTY COMPLAINT**<br><br>Complaint filed: September 29, 2001<br>Trial Date: None Set<br><br>*Reassigned to the Honorable Robert J. Timlin*<br><br>ENTER ON ICMS<br>FEB 11 2002 |

Page 1

Joint Stipulation and Order to Set Aside Default Judgment and File Answer of Hill Top Entertainment, LLC, erroneously sued as Hilltop Entertainment Television and Hilltop Entertainment, to Western International Syndication, Inc.'s Third Party Complaint

THIRD PARTY DEFENDANT HILL TOP ENTERTAINMENT, LLC, erroneously sued as HILLTOP ENTERTAINMENT TELEVISION and HILLTOP ENTERTAINMENT ("Hilltop"), and WESTERN INTERNATIONAL SYNDICATION, INC. ("Western"), hereby stipulate and agree to the following:

1. The default judgment entered against Hilltop on January 11, 2002, shall be set aside

2. Hilltop shall be permitted to file an Answer to Western's Third Party Complaint.

3. Hilltop's Answer, which is attached to this Stipulation as Exhibit "A," shall be deemed filed as of the date the Order on this Stipulation is entered

4. Hilltop agrees to pay a fixed amount of $300.00 to Western for costs associated with obtaining the default judgment.

Good cause exists to set aside Hilltop's default judgment based on Hilltop's filing a Joinder in the Motion to Dismiss Western's Third Party Complaint, Or In The Alternative, For A More Definite Statement filed by Victor & Grais Productions, Mark Victor and Michael Grais

DATED: January 24, 2002

John K. Pierson
PIERSON LAW FIRM

By: _____
John K Pierson
Attorneys for Third Party Defendant
HILL TOP ENTERTAINMENT, LLC

Page 2
Joint Stipulation and Order to Set Aside Default Judgment and File Answer by Hill Top Entertainment, LLC, erroneously sued as Hilltop Entertainment Television and Hilltop Entertainment, to Western International Syndication, Inc 's Third Party Complaint

DATED: January 30, 2002

Gary S. Raskin
GARFIELD, TEPPER & RASKIN
A Partnership of Professional
Corporations

By: _____
Gary S. Raskin
Attorneys for Defendant and Third
Party Plaintiff, WESTERN
INTERNATIONAL SYNDICATION,
INC.

Good cause appearing therefor, it is hereby ordered that the default judgment entered against Third Party Defendants HILL TOP ENTERTAINMENT, LLC, erroneously sued as HILLTOP ENTERTAINMENT TELEVISION and HILLTOP ENTERTAINMENT is set aside. Hilltop's Answer to the Third Party Complaint, which is attached to this Stipulation and Order as Exhibit "A," shall be deemed filed as of the date of entry of this Order.

DATED: 2/7/02 _____
U.S. District Court Judge Robert E. Timlin

Page 2
Joint Stipulation and Order to Set Aside Default Judgment and File Answer by Hill Top Entertainment, LLC, erroneously sued as Hilltop Entertainment Television and Hilltop Entertainment, to Western International Syndication, Inc 's Third Party Complaint

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action, my business address is 12424 Wilshire Boulevard, Suite 1030, Los Angeles, California 90025

On February 4, 2002 I served the foregoing documents described as, **JOINT STIPULATION AND ORDER TO SET ASIDE DEFAULT JUDGMENT AND FILE ANSWER OF HILL TOP ENTERTAINMENT, LLC, ERRONEOUSLY SUED AS HILLTOP ENTERTAINEMNT TELEVISION AND HILLTOP ENTERTAIMENT, TO WESTERN SYNDICATION, INC.'S THIRD PARTY COMPLAINT**, on the interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

_X_    (MAIL) As follows:

**See attached service list.**

_X_    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed this 4th day of February, 2002, at Los Angeles, California

_____
Nadia Peraza

1

## SERVICE LIST

Gary S Raskin, Esq.
GARFIELD TEPPER & RASKIN
1925 Century Park East, Suite 1250
Los Angeles, CA 90067

Michael D. Morin, Esq.
MARGOLIS & MORIN LLP
444 South Flower Street, 6th Floor
Los Angeles, CA 90071

Christopher L Rudd, Esq.
GORRY, MEYER & RUDD
2029 Century Park East, Suite 400
Los Angeles, CA 90067